## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED WISCONSIN INSURANCE CO.,
d/b/a UNITED HEARTLAND, INC.
v.
TEMPERATURE EQUIPMENT CORP., and
MATTHEW HETZEL

Case Number

KC **FILED**

NOV 0 7 2007
ΠΟΥΟ7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND, INC.

07CV6315
JUDGE DARRAH
MAGISTRATE JUDGE BROWN

| | |
|---|---|
| NAME (Type or print) Ellen K. Emery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Ellen K. Emery* | |
| FIRM Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. | |
| STREET ADDRESS 140 South Dearborn Street, Suite 600 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183693 | TELEPHONE NUMBER (312) 782-7606 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐