## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6315

UNITED WISCONSIN INSURANCE CO.,
d/b/a UNITED HEARTLAND, INC.
   v.
TEMPERATURE EQUIPMENT CORP., and
MATTHEW HETZEL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEMPERATURE EQUIPMENT CORP.

| | |
|---|---|
| NAME (Type or print) Mindy Kallus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Mindy Kallus | |
| FIRM THE KARMEL LAW FIRM | |
| STREET ADDRESS 221 N. LaSalle Street, Suite 1414 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06208575 | TELEPHONE NUMBER (312) 641-2910 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |