## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed Attorney Appearances for

Jonathan D. Karmel and Mindy Kallus of THE KARMEL LAW FIRM as attorneys for

Defendant, Temperature Equipment Corp. using the CM/ECF system which will send

notification of such filing to the following:

> Ellen K. Emery
> Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
> 140 South Dearborn Street, Sixth Floor
> Chicago, Illinois 60603

and I served one copy via United States Mail service on January 29, 2008, to the following:

> Matthew Hetzel
> 1367 Burnham
> Calumet City, IL 60409

> /s/ Mindy Kallus
> Mindy Kallus
> Attorney for Defendant,
> Temperature Equipment Corp.

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910