UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., ) | | |
| d/b/a UNITED HEARTLAND INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | Case No. 07 CV 6315 | |
| v. ) | | |
| ) | Judge John W. Darrrah | |
| TEMPERATURE EQUIPMENT CORP., ) | | |
| and MATTHEW HETZEL, ) | Magistrate Judge | |
| ) | Geraldine Soat Brown | |
| Defendants. ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the First Set of Interrogatories and Request for Production of Documents of Defendant Temperature Equipment Corporation have been sent to the following via United States Mail on March 13, 2008:

Ellen K. Emery
Ancel, Glink, Diamond, Bush,
DiCaianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603

Matthew Hetzel
1367 Burnham
Calumet City, IL 60409

/s/ Mindy Kallus
    Mindy Kallus
    Attorney for Defendant,
    Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910