IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., ) <br> d/b/a UNITED HEARTLAND, INC.,          ) <br>                                                                  ) <br>             Plaintiff,                               ) <br>                                                                  ) <br>       v.                                                     ) <br>                                                                  ) <br> TEMPERATURE EQUIPMENT CORP.,  ) <br> and MATTHEW HETZEL,                     ) <br>                                                                  ) <br>             Defendants.                          ) | No.  07 C 6315 <br><br> Judge Darrah | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Now comes the plaintiff, UNITED WISCONSIN INSURANCE COMPANY, d/b/a UNITED HEARTLAND, by and through its attorney, Ellen K. Emery of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., and respectfully moves this Court for an order extending the time to complete discovery for another sixty (60) days.  In support of this motion, plaintiff states as follows:

At the initial status before this Court on February 28, 2008, the undersigned counsel for plaintiff represented that she believed that discovery could be completed within ninety (90) days.  Accordingly, this Court set the close of discovery for May 28, 2008.

In the interim, counsel for plaintiff has been on trial for five (5) weeks in two back-to-back trials, one before Judge Joan Lefkow of the Northern District of Illinois, and one before Judge Dorothy French of the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois.  Because of the work involved in those two trials,

plaintiff's counsel has not been able to devote sufficient time to discovery in the instant case.

In addition, the corporate contact person at the plaintiff company passed away, and counsel for plaintiff is in the process of determining who the appropriate people are to present as Rule 30(b)(6) witnesses and to sign discovery responses. It is taking a little time to get the corporate representatives readjusted and up to speed.

Counsel for defendant TEMPERATURE EQUIPMENT CORPORATION has been diligently attempting to complete discovery, but has been unable to do so because of plaintiff's counsel's difficulties as stated above.

This is the first request that discovery be extended, and accordingly, plaintiff UNITED WISCONSIN INSURANCE COMPANY, d/b/a UNITED HEARTLAND, respectfully requests an order of this Court extending the time to complete discovery for sixty (60) days, or until July 28, 2007.

        Respectfully submitted,

        UNITED WISCONSIN INSURANCE CO.,
        d/b/a UNITED HEARTLAND


        By:   /s/ Ellen K. Emery
             Ellen K. Emery, one of its attorneys


Ellen K. Emery
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax

2

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on May 13, 2008, the foregoing **Plaintiff's Motion to Extend Time to Complete Discovery** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following: Jonathan D. Karmel at jon_karmellaw@ameritech.net and Mindy L. Kallus at mindy_karmellaw@ameritech.net.

      /s/ Ellen K. Emery
Ellen K. Emery, Attorney Bar No. 6183693

**Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C.**

140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
Telephone:   (312) 782-7606
Facsimile:   (312) 782-0943
E-Mail:      eemery@ancelglink.com