IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., <br> d/b/a UNITED HEARTLAND, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEMPERATURE EQUIPMENT CORP., <br> and MATTHEW HETZEL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.  07 C 6315 <br><br> Judge Darrah |

## NOTICE OF MOTION

TO:  Mr. Jonathan D. Karmel
     Ms. Mindy L. Kallus
     The Karmel Law Firm
     221 North LaSalle Street, Suite 1414
     Chicago, Illinois 60601

On Tuesday, May 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah in Courtroom 1203 usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and present **Plaintiff's Motion to Extend Time to Complete Discovery**, hereto attached and served upon you.

/s/ Ellen K. Emery
Ellen K. Emery

Ellen K. Emery
ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Suite 600
Chicago, IL 60603
(312) 782-7606
(312) 782-0943 – Fax

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on May 13, 2008, the foregoing Notice of Motion was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Jonathan D. Karmel at jon_karmellaw@ameritech.net and Mindy L. Kallus at mindy_karmellaw@ameritech.net.

s/   Ellen K. Emery
ELLEN K. EMERY, Attorney Bar # 6183693
One of the attorneys for Defendant


Ancel, Glink, Diamond, Bush,
Dicianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:   (312) 782-7606
Facsimile:   (312) 782-0943
E-Mail:      eemery@ancelglink.com