UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED WISCONSIN INSURANCE CO.,** | ) | |
| **d/b/a UNITED HEARTLAND INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 07 CV 6315 |
| | ) | |
| v. | ) | Judge John W. Darrrah |
| | ) | |
| **TEMPERATURE EQUIPMENT CORP.,** | ) | Magistrate Judge |
| **and MATTHEW HETZEL,** | ) | Geraldine Soat Brown |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO COMPEL PRODUCTION OF DISCOVERY REQUESTS OF DEFENDANT, TEMPERATURE EQUIPMENT CORPORATION

Defendant, TEMPERATURE EQUIPMENT CORPORATION ("TEC"), by its attorneys, Jonathan D. Karmel and Mindy Kallus, moves pursuant Fed. R. Civ. P. 37 and Local Rule 37.2 of the Local Rules of the United States District Court for the Northern District of Illinois to compel Plaintiff, UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND, INC., to produce responses to TEC's discovery requests, which are overdue.

In support of this motion, Defendant, TEC, states as follows:

1.  TEC served upon Plaintiff the following discovery requests: (1) TEC's First Set of Interrogatories to Plaintiff; and (2) TEC's Request for Production of Documents upon Plaintiff on March 13, 2008.

2.  Plaintiff, however, failed to respond to TEC's discovery requests, despite repeated requests by TEC's counsel.

3.  Indeed, counsel for Plaintiff through her assistant explicitly advised TEC's counsel that Plaintiff's counsel would phone TEC's counsel on May 6, 2008, the date Plaintiff's counsel returned from an out-of-state trial.

4.  Counsel for Plaintiff did not return any phone calls made by Mindy Kallus, one of TEC's attorneys, until May 12, 2008.  She stated at the time that she would advise Mindy Kallus on May 13, 2008 whether documents would be produced in advance of a deposition set by TEC.  Plaintiff's counsel has failed to do so.

5.  After consultation by telephone and good faith attempts to resolve this discovery matter, TEC's counsel was unable to reach an agreement with opposing counsel, necessitating the instant motion.

WHEREFORE, this Court should grant TEC's motions and such further relief as this Court deems just and equitable.

        Respectfully submitted,

        /s/ Mindy Kallus
        Mindy Kallus
        One of the Attorneys for Defendant,
        Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910