UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIW
EASTERN DIVISION

| | |
|---|---|
| UNITED WISCONSIN INSURANCE CO., ) <br> d/b/a UNITED HEARTLAND INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEMPERATURE EQUIPMENT CORP., ) <br> and MATTHEW HETZEL, ) <br> ) <br> Defendants. ) | Case No. 07 CV 6315 <br><br> Judge John W. Darrrah <br><br> Magistrate Judge <br> Geraldine Soat Brown |

## NOTICE OF MOTION

Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Attorney for Plaintiff

Matthew Hetzel
c/o Mark Fine
Post Office Box 151
Olympia Fields, IL 60461

   PLEASE TAKE NOTICE that on Tuesday, May 20, 2008 at 9:00 a.m., I shall appear before the Honorable Judge John W. Darrah or any Judge sitting in his stead, at 219 South Dearborn Street, Room 1203, Chicago, Illinois 60604 to present the Motion to Compel Production of Discovery Requests of Defendant, Temperature Equipment Corporation in the above captioned matter.

                                   /s/ Mindy Kallus_____
                                   Mindy Kallus
                                   One of the Attorneys for Defendant,
                                   Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910