UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIW
EASTERN DIVISION

| | |
|---|---|
| UNITED WISCONSIN INSURANCE CO., ) <br> d/b/a UNITED HEARTLAND INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEMPERATURE EQUIPMENT CORP., ) <br> and MATTHEW HETZEL, ) <br> ) <br> Defendants. ) | Case No. 07 CV 6315 <br><br> Judge John W. Darrrah <br><br> Magistrate Judge <br> Geraldine Soat Brown |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the Motion to Compel Production of Discovery Requests of Defendant, Temperature Equipment Corporation, using the CM/ECF system which will send notification of such filing to the following:

> Ellen K. Emery
> Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
> 140 South Dearborn Street, Sixth Floor
> Chicago, Illinois 60603
> Attorney for Plaintiff

and I served one copy via facsimile and United States Mail service on May 13, 2008, to the following:

> Matthew Hetzel
> c/o Mark Fine
> Post Office Box 151
> Olympia Fields, IL 60461
> Facsimile: (708) 957-2720

                                          /s/ Mindy Kallus_____
                                             Mindy Kallus
                                             One of the Attorneys for Defendant,
                                             Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910