# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United Wisconsin Insurance Co.

                                     Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06315
　　　　　　　　　　　　　　　　　　　　　Honorable John W. Darrah

Temperature Equipment Corp., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable John W. Darrah:Plaintiff's motion for an extension of time to complete discovery [15] is granted. Discovery is extended to 7/28/08. Defendants' motion to compel [17] is granted. Compliance is ordered by 6/10/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.