UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United Wisconsin Insurance Co.
                    Plaintiff,

v.                                    Case No.: 1:07−cv−06315
                                              Honorable John W. Darrah

Temperature Equipment Corp., et al.
                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: discovery disputes, discovery supervision, discovery motions, specifically, but not limited to, defendants' motion to compel production of documents and to extend discovery cutoff date to allow discovery pertaining to documents plaintiff has failed to produce [21]. Mailed notice. (maf)

Dated: July 28, 2008

                                                                     /s/ John W. Darrah

                                                      United States District Judge