UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND INC., <br><br> Plaintiff, <br><br> v. <br><br> TEMPERATURE EQUIPMENT CORP., and MATTHEW HETZEL, <br><br> Defendants. | Case No. 07 CV 6315 <br><br> Judge John W. Darrrah <br><br> Magistrate Judge Geraldine Soat Brown |

MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND TO EXTEND DISCOVERY CUTOFF DATE TO
ALLOW DISCOVERY PERTAINING TO DOCUMENTS
PLAINTIFF HAS FAILED TO PRODUCE

NOW COMES Defendant, Temperature Equipment Corporation ("TEC" or "Defendant"), by its attorneys, Jonathan D. Karmel and Mindy Kallus, and moves herein pursuant to Rule 37 of the Federal Rules of Civil Procedure to compel production of documents which were requested in the course of the Rule 30(b)(6) deposition of Dennis Hulett of United Wisconsin Insurance Co. d/b/a United Heartland Inc. ("United Heartland") on July 7, 2008. TEC also seeks an extension of the discovery cutoff date of July 28, 2008 for the limited purpose of allowing discovery pertaining to said documents.

In support of this motion, Defendant states as follows:

1. On March 13, 2008 Defendant served a Request for Production of Documents upon United Heartland. This Court granted TEC's motion to compel production of these documents by June 10, 2008.

2. Documents were subsequently produced in connection with TEC's document request. At the Deposition of Dennis Hulett on July 7, 2008, however, TEC learned for the first time that certain notes, including electronic notes, taken by United Heartland personnel were not produced. The documents were encompassed within TEC's initial production requests.

3. TEC specifically requested said documents at the deposition of Dennis Hulett, as well as in a letter sent to counsel for United Heartland. A copy of TEC's letter is attached hereto as Exhibit "A." TEC also requested copies of letters in other matters in which coverage was declined on the ground of a delay in notice.

4. TEC again requested those documents at the Rule 30(b)(6) deposition of Barbara Bailey, a United Heartland claims manager and in a telephone conversation with Ellen Emery, Esq., one of United Heartland's attorneys on July 23, 2008. On July 24, 2008, within four days of the discovery cutoff date, Ellen Emery, Esq. indicated that she would be producing the electronic notes requested but would not produce copies of letters sent by United Heartland in other matters in which coverage was declined on the ground of a delay in notice – one of the items sought. TEC's counsel conferred with counsel for Plaintiff but could not reach agreement, necessitating the instant motion. The telephone conference took place on July 24, 2008 between Mindy Kallus, counsel for TEC, and Ellen Emery.

5. In these circumstances, TEC now seeks to compel production of the documents requested (letters declining coverage on the ground of a delay in coverage) and to extend the discovery cutoff date for the limited purpose of allowing additional discovery, if necessary, arising from said documents which Plaintiff has failed to produce.

6. TEC diligently sought these documents during the discovery period and has been prejudiced by United Heartland's failure to respond to TEC's multiple requests in a timely fashion.

WHEREFORE Defendant, Temperature Equipment Corporation, respectfully requests that this Court compel production of the documents sought and described in the letter dated July 7, 2008, and further requests that the discovery cutoff date be extended for the purpose of taking discovery related to the documents, such further and other relief in the Court deems just and equitable.

        Respectfully submitted,

        /s/ Mindy Kallus
        Mindy Kallus
        One of the attorneys for Defendant,
        Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I served the attached Motion of Defendant, Temperature Equipment Corporation to Compel Production of Documents and to Extend Discovery Cutoff Date to Allow Discovery Pertaining to Documents Plaintiff has Failed to Produced by regular mail, by depositing same in a U.S. mailbox, upon:

>Ellen K. Emery
>Jody Knight
>Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
>140 South Dearborn Street, Sixth Floor
>Chicago, Illinois 60603
>Attorney for Plaintiff

>Matthew Hetzel
>c/o Mark Fine
>Post Office Box 151
>Olympia Fields, IL 60461

>/s/ Mindy Kallus
>Mindy Kallus
>One of the Attorneys for Defendant,
>Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910