# THE KARMEL LAW FIRM

JONATHAN D. KARMEL
JOSHUA N. KARMEL
MINDY KALLUS°

°also admitted in New York

221 NORTH LA SALLE STREET
SUITE 1414
CHICAGO, ILLINOIS 60601
TELEPHONE (312) 641-2910
1-800-543-3984
TELECOPIER (312) 641-0781

OF COUNSEL
ROBERT KARMEL

July 7, 2008

Jody Knight
Ancel, Glink, Diamond,
Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, 6th Floor
Chicago, IL 60603

    Re:    United Wisconsin Insurance Co. d/b/a United Heartland, Inc. v.
            Temperature Equipment Corp.
            Case No. 07 C 6315

Dear Ms. Knight:

I am reiterating the request of Temperature Equipment Corporation for the following documents which was made in the course of the deposition of Dennis Hulett:

(1) any notes prepared by United Wisconsin Insurance personnel in the course of their investigation of the claim which is the subject of this lawsuit;

(2) the denial of coverage letter issued by United Wisconsin Insurance and any notes relating to United Wisconsin Insurance's denial;

(3) copies of letters sent by United Wisconsin Insurance in other matters in which coverage was declined on the ground of a delay in notice.

You also agreed to identify any individuals at United Wisconsin Insurance, apart from Ms. Bailey, who might know of the facts regarding when TEC learned that the Hetzel injury was a workers' compensation injury.

Thank you for your attention to this matter.

Very truly yours,

THE KARMEL LAW FIRM

*Mindy Kallus*

Mindy Kallus

MK/jyr

Knight 7-7-08

**Exhibit A**