UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIW
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND INC., | ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 07 CV 6315 |
| v. | ) ) ) | Judge John W. Darrrah |
| TEMPERATURE EQUIPMENT CORP., and MATTHEW HETZEL, | ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| **Defendants.** | ) | |

## NOTICE OF MOTION

Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Attorney for Plaintiff

Matthew Hetzel
c/o Mark Fine
Post Office Box 151
Olympia Fields, IL 60461

    PLEASE TAKE NOTICE that on Wednesday, August 13, 2008 at 9:45 a.m., I shall appear before the Honorable Judge Geraldine Soat Brown or any Judge sitting in her stead, at 219 South Dearborn Street, Room 1812, Chicago, Illinois 60604 to present the Motion to Compel Production of Documents and Extend Discovery Cutoff Date to Allow Discovery Pertaining to Documents Plaintiff has Failed to Produce in the above captioned matter.

                                           /s/ Mindy Kallus
                                              Mindy Kallus
                                              One of the Attorneys for Defendant,
                                              Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 641-2910