UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case   07 C 6315 |

UNITED WISCONSIN INSURANCE CO., etc.

v.

TEMPERATURE EQUIPMENT CORP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, UNITED WISCONSIN INSURANCE CO. d/b/a UNITED HEARTLAND, INC.

| |
|---|
| SIGNATURE  /s/ Jody Knight |
| FIRM  Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. |
| STREET ADDRESS  140 S. Dearborn, 6th Floor |
| CITY/STATE/ZIP  Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286610 | TELEPHONE NUMBER  (312) 782-7606 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☐ NO | ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | NO ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on July 31, 2008, the foregoing Appearance was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Jonathan D. Karmel at jon_karmellaw@ameritech.net
Mindy L. Kallus at mindy_karmellaw@ameritech.net.

      /s/ Jody Knight
      Jody Knight
      jknight@ancelglink.com

Ellen K. Emery
Jody Knight
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606