**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED WISCONSIN INSURANCE CO.,** ) <br> **d/b/a UNITED HEARTLAND INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **TEMPERATURE EQUIPMENT CORP.,** ) <br> **and MATTHEW HETZEL,** ) <br> ) <br> **Defendants.** ) | **Case No. 07 CV 6315** <br><br> **Judge John W. Darrrah** <br><br> **Magistrate Judge** <br> **Geraldine Soat Brown** |

**THE PARTIES' INITIAL STATUS REPORT BEFORE**
**UNITED STATES MAGISTRATE JUDGE SOAT BROWN**

Defendant, Temperature Equipment Corporation ("Defendant" or "TEC"), by its attorneys, Jonathan D. Karmel and Mindy Kallus and Plaintiff, United Wisconsin Insurance Co., d/b/a United Heartland, Inc. ("Plaintiff" or "United Heartland") by its attorneys, submit the instant Initial Status Report pursuant to the Standing Order of United States Magistrate Judge Geraldine Soat Brown as follows:

1. Summary of Claims

Plaintiff, a Wisconsin corporation, has filed a declaratory judgment action against Defendant, an Illinois corporation, seeking a determination as to whether it is required to cover Defendant pursuant to an employer liability and workers compensation policy, issued by Plaintiff and effective May 1, 2003 to May 1, 2004, in connection with a claim involving an employee of Defendant, Matthew Hetzel.[1]

---

[1] Matthew Hetzel was named as a defendant but has not appeared in this action.

2. <u>Relief Sought</u>

Plaintiff seeks a determination that it is not required to cover TEC. TEC asserts that coverage is required.

3. <u>Matter Referred to Magistrate</u>

On July 28, 2008, Judge Darrah referred the case to Magistrate Brown for all matters relating to discovery. In the course of discovery, TEC diligently sought letters of United Heartland declining coverage on the basis of late notice. Specifically, TEC requested those documents on July 7, 2008 at the Rule 30(b)(6) deposition of Dennis Hulett of United Heartland and by a letter of the same date. United Heartland waited until four days before the discovery cutoff date to deny the request. TEC has moved to compel production of these documents and to extend discovery to allow TEC to take additional discovery, if necessary. United Heartland contends that the request was improper and objectionable, and will request a briefing schedule on the motion.

4. <u>Status of Briefing</u>

TEC's motion to compel and to extend the discovery cutoff date is currently set for hearing before U.S. Magistrate Judge Soat Brown on August 13, 2008.

5. <u>Description of Discovery</u>

Plaintiff has taken the deposition of Renee Caldarazzo of TEC. Defendant has taken two depositions pursuant to Fed. R. Civ. P. 30(b)(6) -- of Dennis Hulett and Barbara Bailey. The parties have also responded to discovery requests.

Defendant now seeks production of the documents previously sought by it which could necessitate one or two additional depositions.

6.  <u>Absence of Consent to Trial Before a Magistrate Judge</u>

    TEC does not consent to trial before a magistrate judge.

7.  <u>Dates Established by the District Judge</u>

    Judge Darrah established a discovery cutoff date of July 28, 2008. The pretrial conference date was originally set for September 17, 2007 and the trial was set for September 22, 2008. Both parties expect to file motions for summary judgment following the resolution of this discovery dispute.

8.  <u>Status of Settlement Negotiations</u>

    No formal settlement negotiations have taken place. TEC would entertain settlement.

    Respectfully submitted,

    /s/ Jonathan D. Karmel
    Jonathan D. Karmel
    One of the Attorneys for Defendant,
    Temperature Equipment Corporation

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street
Suite 1414
Chicago, IL 60601
(312) 641-2910

/s/ Ellen K. Emery
Ellen K. Emery
One of the Attorneys for Plaintiff,
United Wisconsin Insurance Co.
d/b/a United Heartland, Inc.

Ellen K. Emery
Jody Knight
Ancel, Glink, Diamond, Bush, DiCaianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603