## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6315 | **DATE** | 8/12/2008 |
| **CASE TITLE** | United Wisconsin Insurance Co. Vs. Temperature Equipment Corp, et al | | |

**DOCKET ENTRY TEXT**

Initial status hearing held. Motion hearing held regarding Defendants' Motion to Compel and Extend Discovery Cutoff Date [21][23]. Defendant is hereby directed to file supplemental memorandum enclosing relevant deposition testimony and discussing authority defendants believe justifies additional discovery under Rule 26, no later than 08/19/08. Defendants' Motion to Compel and Extend Discovery Cutoff Date [21][23] is continued to 08/25/08 at 10:00 a.m. Motion hearing previously set for 08/13/08 at 9:45 a.m. is stricken. No appearance is required on 08/13/08.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|