IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND, INC., | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6315 |
| v. | ) ) | Judge Darrah |
| TEMPERATURE EQUIPMENT CORP., and MATTHEW HETZEL, | ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON MOTIONS FOR
SUMMARY JUDGMENT AND TO EXTEND DATES FOR
THE FILING OF THE FINAL PRETRIAL ORDER,
THE FINAL PRETRIAL CONFERENCE, AND FOR TRIAL**

NOW COME plaintiff UNITED WISCONSIN INSURANCE CO., d/b/a UNITED HEARTLAND, INC., ("United Heartland"), and defendant TEMPERATURE EQUIPMENT CORP., by and through their respective attorneys and jointly move this Court for an order extending the dates for the filing of the final pretrial order, the final pretrial conference, and for trial in this case. In support of this motion, the parties state as follows:

1. On February 28, 2008, at a status of this case, this Court set the date of September 17, 2008 for the final pretrial conference and September 22, 2008 as the date for trial of this case.

2. Since that status before this Court, there have been no requests to extend either the date for the final pretrial conference or the trial date.

3. Discovery in this case closed on July 28, 2008, but the parties have been before Magistrate Judge Brown on a referral from this Court of all outstanding discovery issues.

4. On August 25, 2008, Magistrate Judge Brown terminated the referral of this case and sent it back to this Court.

5. Plaintiff United Heartland and defendant Temperature Equipment Corporation wish to file respective Motions for Summary Judgment, and would like the opportunity to have the motions fully briefed and ruled upon before proceeding any further in this case.

WHEREFORE, plaintiff United Heartland and defendant Temperature Equipment Corporation respectfully request an order of this court setting a due date for the filing of dispositive motions, a briefing schedule on those motions, and an extension of time in which to file the final pretrial order, and an extension of the final pretrial conference and the trial date in this case.

        Respectfully submitted,

/s/     Ellen K. Emery
Ellen K. Emery
One of the Attorneys for plaintiff,
United Wisconsin Insurance Co., d/b/a
United Heartland

/s/     Mindy Kallus
Mindy Kallus
One of the Attorneys for defendant,
Temperature Equipment Corporation

Ellen K. Emery
Jody Knight
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 S. Dearborn – Suite 600
Chicago, IL 60603
(312) 782-7606

Mindy Kallus
The Karmel Law Firm
221 N. LaSalle Street – Suite 1414
Chicago, IL 60601
(312) 641-2910

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on August 25, 2008, the foregoing **Joint Motion to Set Briefing Schedule on Motions for Summary Judgment and to Extend Dates for the Filing of the Final Pretrial Order, the Final Pretrial Conference, and for Trial** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:  Jonathan D. Karmel at jon_karmellaw@ameritech.net and Mindy L. Kallus at mindy_karmellaw@ameritech.net.

      /s/ Ellen K. Emery
Ellen K. Emery, Attorney Bar No.  6183693

**Ancel, Glink, Diamond, Bush,
Dicianni & Krafthefer, P.C.**

140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
Telephone:     (312) 782-7606
Facsimile:      (312) 782-0943
E-Mail:          eemery@ancelglink.com