IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE CO., <br> d/b/a UNITED HEARTLAND, INC., | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | No.  07 C 6315 |
| TEMPERATURE EQUIPMENT CORP., <br> and MATTHEW HETZEL, | ) <br> ) <br> ) | Judge Darrah |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Mr. Jonathan D. Karmel
Ms. Mindy L. Kallus
The Karmel Law Firm
221 North LaSalle Street, Suite 1414
Chicago, Illinois 60601

On Wednesday, September 3, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah in Courtroom 1203 usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and present **Joint Motion to Set Briefing Schedule on Motions for Summary Judgment and to Extend Dates for the Filing of the Final Pretrial Order, the Final Pretrial Conference, and for Trial**, hereto attached and served upon you.

/s/ Ellen K. Emery
Ellen K. Emery

Ellen K. Emery
ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Suite 600
Chicago, IL 60603
(312) 782-7606
(312) 782-0943 – Fax

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on August 25, 2008, the foregoing Notice of Motion was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Jonathan D. Karmel at jon_karmellaw@ameritech.net and Mindy L. Kallus at mindy_karmellaw@ameritech.net.

                          s/   Ellen K. Emery
                          ELLEN K. EMERY, Attorney Bar # 6183693
                          One of the attorneys for Defendant

Ancel, Glink, Diamond, Bush,
Dicianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:     (312) 782-7606
Facsimile:     (312) 782-0943
E-Mail:           eemery@ancelglink.com