# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6315 | **DATE** | 8/25/2008 |
| **CASE TITLE** | United Wisconsin Insurance Co vs. Temperature Equipment Corp. Et al. | | |

**DOCKET ENTRY TEXT**

The minute order dated 08/25/08 setting a status hearing for 09/15/08 was entered in error. The Clerk of the Court is directed to remove the entry from the docket.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|