## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6315 | **DATE** | 9/3/2008 |
| **CASE TITLE** | United Wisconsin Insurance Co. Vs. Temperature Equipment Corp. | | |

**DOCKET ENTRY TEXT**

Parties joint motion to extend deadlines and trial dates is granted [32]. Motions for summary judgment and cross motions for summary judgment to be filed by 10/21/08, responses by 11/12/08, replies by 11/26/08. Status hearing set for 1/21/09 at 9:00 a.m. Pretrial conference set for 9/17/08 and jury trial set for 9/22/08 is vacated.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|